Opinion issued August 6, 2019



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00310-CV

_____

**KWOK DANIEL LTD., L.L.P., ROBERT S. KWOK AND THOMAS J. DANIEL, Appellants**

**V.**

**TEXAS CHILDREN'S HOSPITAL, Appellee**

On Appeal from the 295th District Court
Harris County, Texas
Trial Court Case No. 2018-90615

## MEMORANDUM OPINION

Appellants, Kwok Daniel Ltd., L.L.P., Robert S. Kwok, and Thomas J. Daniel, representing that the parties have agreed to settle the case, have filed a motion to dismiss the appeal with prejudice. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). And, although

the motion does not include a certificate of conference, more than ten days have passed and no party has opposed appellant's motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Landau, and Countiss.